UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

A *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. As the judge assigned to case 5:24-cv-06147-EJD, *Averza v. Super Micro Computer, Inc.*, I find that the more recently filed case(s) that I have indicated below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

| Case | Title | Related | Not Related |
| --- | --- | --- | --- |
| 24-cv-06193-PCP | *Spatz v. Super Micro Computer, Inc.* | X | |
| 24-cv-06410-PCP | *Hollin v. Liang* | X | |
| 24-cv-06779-BLF | *Latypov v. Liang* | X | |
| 24-cv-07274-PCP | *Covey Financial Inc. v. Super Micro Computer, Inc.* | X | |

## ORDER

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FED. R. CIV. P. 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: October 31, 2024

Edward J. Davila
United States District Judge

1